**United States Bankruptcy Court**
**District of Arizona**

In re **Lisa McLauchlan**          Case No. **2:19-bk-10329-MCW**
             Debtor(s)          Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

■    Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐    Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐    Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Lisa McLauchlan**, declares the foregoing to be true and correct under penalty of perjury.

Date **August 23, 2019**          Signature **/s/ Lisa McLauchlan**
                                                               **Lisa McLauchlan**
                                                               Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Road Trip Auto & Fuel
Employee Payroll Summary
Jun 16 2019 - Aug 16 2019

| | TOTAL AMOUNT | Lisa McLauchlan |
|---|---|---|
| **EMPLOYEES WAGES, TAXES & ADJUSTMENTS** | | |
| Gross Pay | | |
| Sal | $450.00 | $450.00 |
| **Total Gross Pay** | $450.00 | $450.00 |
| Deductions from Gross Pay | | |
| Total Deductions from Gross Pay | | |
| **Adjusted Gross Pay** | $450.00 | $450.00 |
| Taxes Withheld | | |
| FIT | | |
| SS | -$27.90 | -$27.90 |
| Med | -$6.53 | -$6.53 |
| AZ PIT | -$5.85 | -$5.85 |
| **Total Taxes Withheld** | -$40.28 | -$40.28 |
| Deductions from Net Pay | | |
| Total Deductions from Net Pay | | |
| **NET PAY** | $409.72 | $409.72 |
| **EMPLOYER TAXES & CONTRIBUTIONS** | | |
| FUTA | -$2.70 | -$2.70 |
| SS | -$27.90 | -$27.90 |
| Med | -$6.53 | -$6.53 |
| AZ SUI | -$9.00 | -$9.00 |
| **Total Employer Taxes and Contributions** | -$46.13 | -$46.13 |

| | PAY | HRS | AMT | DEDUCTIONS | AMT | EMPLOYEE-PAID TAXES | AMT | COMPANY-PAID TAXES | AMT |
|---|---|---|---|---|---|---|---|---|---|
| **McLauchlan, Lisa A.**<br>Net $45.52<br>08/16/2019<br>08/05/19 - 08/11/19 | Sal | 40.00 | $50.00 | | | FIT | $0.00 | FUTA | $0.30 |
| | | | | | | SS | $3.10 | SS | $3.10 |
| | | | | | | Med | $0.73 | Med | $0.73 |
| | | | | | | AZ PIT | $0.65 | AZ SUI | $1.00 |
| | | | | TOTAL | | | | | |
| Net $45.52 | Sal | 40.00 | $50.00 | | | FIT | $0.00 | FUTA | $0.30 |
| | | | | | | SS | $3.10 | SS | $3.10 |
| | | | | | | Med | $0.73 | Med | $0.73 |
| | | | | | | AZ PIT | $0.65 | AZ SUI | $1.00 |
| | | | | GRAND TOTAL | | | | | |
| Net $45.52 | | 40.00 | $50.00 | | | | $4.48 | | $5.13 |