Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
TELEPHONE 602.229.5200

Attorneys for Pacific Western Bank, a California state-chartered bank

James L. Ugalde, Esq. (#022733)
James.Ugalde@quarles.com
Molly J. Kjartanson, Esq. (#034063)
Molly.Kjartanson@quarles.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 7 |
|---|---|
| LISA MCLAUCHLAN aka LISA ANN MCLAUCHLAN, | Case No. 2:19-bk-10329-MCW |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 342 and Federal Rules of Bankruptcy Procedure 2002 and 9010 ("Rules"), the undersigned counsel appears as counsel for Pacific Western Bank, a California state-chartered bank ("Pacific Western") in the above-captioned Chapter 7 bankruptcy case of Lisa McLauchlan, and hereby requests, pursuant to Rules 2002 and 9010 and 11 U.S.C. § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon counsel at the following addresses and numbers:

James L. Ugalde, Esq.
Molly J. Kjartanson, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
Telephone (602) 229-5200
Facsimile (602) 229-5690
James.Ugalde@quarles.com
Molly.Kjartanson@quarles.com

QB\139612.00059\59166914.1

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, all orders and notices of application, complaints, demands, motions, petitions, pleadings, requests, statements of affairs, schedules of assets and liabilities, and operating reports, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy/facsimile, telegraph, telex, or otherwise filed or made with regarding to this case and proceeding herein.

Neither this request nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Pacific Western's: (i) right to have final orders in non-core matters entered only after a de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the U.S. District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Pacific Western may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 26th day of August, 2019.

QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391

By /s/ *James L. Ugalde*
    James L. Ugalde
    Molly J. Kjartanson

Attorneys for Pacific Western Bank, a California state-chartered bank

| | |
|---|---|
| 1 | COPIES of the foregoing sent via e-mail or first-class mail this 26th day of August, 2019, to: |
| 2 | |
| 3 | Thomas Allen<br>Allen Barnes & Jones, PLC |
| 4 | 1850 N. Central Ave., Suite 1150<br>Phoenix, AZ 85004 |
| 5 | tallen@allenbarneslaw.com<br>*Attorneys for Debtor* |
| 6 | |
| 7 | Office of the U.S. Trustee<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003 |
| 8 | ustpregion14.px.ecf@usdoj.gov |
| 9 | Lothar Goernitz<br>P.O. Box 32961 |
| 10 | Phoenix, AZ 85064<br>lothargoernitz@lgt.phxcoxmail.com |
| 11 | *Chapter 7 Trustee* |
| 12 | Synchrony Bank<br>c/o PRA Receivables Management, LLC |
| 13 | P.O. Box 41021<br>Norfolk, VA 23541 |
| 14 | claims@recoverycorp.com<br>*Synchrony Networks #4837* |
| 15 | |
| 16 | /s/ *Kelly Webster* |